UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL FRANK et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YARDI SYSTEMS INC. et al.,<br><br>Defendants. | CASE NO. 2:24-cv-02053-JHC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) This case is hereby transferred to the Honorable James L. Robart, United States District Judge. All future documents filed in this case must bear case numbers ending in "JLR" and must bear the new Judge's name in the upper right-hand corner of the document.

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 18th day of December 2024.

Ravi Subramanian
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk

MINUTE ORDER - 1