UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MCKENNA DUFFY and MICHAEL BRETT, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

YARDI SYSTEMS, INC., *et al.*,

Defendants.

No. 2:23-cv-01391-RSL

**ORDER CONSOLIDATING RELATED ACTIONS**

This matter comes before the Court on "Plaintiffs' Unopposed Motion to Consolidate Related Actions." Dkt. # 199. The Court, having considered the motion, as well as all other matters presented to the Court, and good cause having been shown, **HEREBY ORDERS** as follows:

Pursuant to Federal Rule of Civil Procedure 42(a), the following actions will be consolidated for all purposes: (1) *Duffy et al. v. Yardi Systems, Inc. et al.*, No. 2:24-cv-01391-RSL (W.D. Wash.); (2) *Shewmaker et al. v. Yardi Systems, Inc. et al.*, No. 2:24-cv-01948-RSL (W.D. Wash.); and (3) *Frank et al. v. Yardi Systems, Inc. et al.*, No. 2:24-cv-02053-RSL (W.D. Wash.). All documents filed in the future regarding these matters shall be filed under cause number 2:24-cv-01391-RSL and bear the caption:

| | |
|---|---|
| *In re YARDI REVENUE MANAGEMENT ANTITRUST LITIGATION.* | CASE NO. 2:23-cv-01391-RSL |
| MCKENNA DUFFY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs.<br><br>v.<br><br>YARDI SYSTEMS, INC., *et al.*,<br><br>Defendants. | |

The Clerk of Court is directed file a copy of this order in cause numbers 2:24-cv-01948-RSL and 2:24-cv-02053-RSL and to terminate those cases.

If additional cases arising out of conduct similar to that alleged in the above-titled actions are filed in, removed to, or transferred to the Western District of Washington, Interim Class Counsel shall file in both this case and the new case a notice of related case and a request for consolidation.

Plaintiffs are directed to file a consolidated complaint within thirty (30) days of the date of this Order. Defendants will have forty-five (45) days from the date of the filing of the consolidated complaint to answer, dismiss, or otherwise respond. The Parties are directed to file a Joint Status Report and Discovery Plan within forty-five (45) days of the date of this Order. All deadlines in each of the related actions are stayed pending the filing of a Joint Status Report and Discovery Plan and entry of a consolidated case management order.

Any lawyer who has been admitted *pro hac vice* in any of the consolidated actions need not seek *pro hac vice* admission in the consolidated case; a single *pro hac vice*

admission in these proceedings is sufficient. Any lawyer who has filed a notice of appearance in any of the above actions need not notice an appearance in the consolidated action; a single notice of appearance in these proceedings is sufficient. It is incumbent upon the lawyer to ensure his or her appearance is listed in the relevant consolidated proceedings for ECF purposes. Any Defendant who has already been served in one of the actions will be deemed to have been served in the consolidated action and will not need to be served separately.

Consolidation shall not have the effect of making any person, firm, or corporation a party to any action in which they have not been added as such in accordance with the Federal Rules of Civil Procedure.

Dated this 3rd day of February, 2025.

ROBERT S. LASNIK
United States District Judge